

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2018

No. 04-17-00379-CV

**IN RE TEXAS REAL ESTATE COMMISSION**

Original Mandamus Proceeding[1]

**ORDER**

On June 12, 2017, relator Texas Real Estate Commission filed a petition for writ of mandamus. The real party in interest Evan Jacobson filed a response. After reviewing the petition and response, we have determined that relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. *See* TEX. R. APP. P. 52.8(c).

Within fifteen days from the date of this order, the Honorable Stephani A. Walsh is ORDERED to: (1) vacate the Order Granting Bill of Review and Injunctive Relief; and (2) reinstate the July 31, 2013 default judgment. The writ will issue only if we are notified that Judge Walsh has not complied with this order.

It is so **ORDERED** on January 24, 2018.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2018.

Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016-CI-03723, styled *Evan Jacobson v. Ben Luong*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.